# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 12, 2022

Lyle W. Cayce
Clerk

No. 20-60753

Guo Song Zhou,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A206 894 727

Before Jolly, Willett, and Englehardt, *Circuit Judges*.
Per Curiam:*

Guo Song Zhou, a native and citizen of China, petitions for review of the Board of Immigration Appeals's affirmance of both the Immigration Judge's adverse credibility finding and denial of his application for asylum, withholding of removal, and relief under the Convention Against Torture.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-60753

Even in the face of Zhou's attempt to explain inconsistencies throughout his application process and testimony, the record does not compel a determination that Zhou was credible. *See Santos-Alvarado v. Barr*, 967 F.3d 428, 437 (5th Cir. 2020); *Wang v. Holder*, 569 F.3d 531, 536–38 (5th Cir. 2009). We therefore reach the merits of Zhou's asylum, withholding of removal, and CAT claims "only to the extent that other evidence was presented to support those claims." *Suate-Orellana v. Barr*, 979 F.3d 1056, 1061 (5th Cir. 2020). The denial of asylum, withholding of removal, and CAT relief was supported by substantial evidence. *See id*. at 1061–62.

The petition for review is DENIED.